UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BORIS BRYANT, *et al* | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-08-3744 |
| | § § | |
| FMC TECHNOLOGIES, *et al*, | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL
[LIMITED]

Before the Court is the defendants' motion to dismiss the plaintiffs' common law claims and the plaintiffs' claim for intentional infliction of emotional distress. The Court determines that the defendants' motion, concerning the common law claims, is unopposed. Therefore, the Court GRANTS this aspect of the defendants' motion.

The plaintiffs opposed the defendants' motion as it relates to their claim for intentional infliction of emotional distress. However, the Court is of the opinion that appropriate and sufficient relief is available to the plaintiffs, under Title VII, to compensate for emotional distress and the like. Therefore, the Court GRANTS the defendants' motion in this respect as well.

It is so Ordered.

SIGNED and ENTERED this 2nd day of April, 2009.

_____
Kenneth M. Hoyt
United States District Judge