IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BORIS BRYANT, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 4:08-cv-03744 |
| | § | |
| FMC TECHNOLOGIES, ET AL. | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT'S JOINDER IN MOTION FOR SEPARATE TRIALS

Defendant, Dobbs Temporary Services, Inc. d/b/a Pro Staff Personnel Services, improperly named as Pro Staff Personnel Acquisition Corp. ("Pro Staff"), joins in Defendant FMC Technologies, Inc.'s ("FMCTI") Motion for Separate Trials, as follows:

1. For the reasons expressed in FMCTI's motion, and subject to Pro Staff's summary judgment motion, Pro Staff joins in the relief requested.

2. In addition, only eight of the twelve plaintiffs have brought claims against Pro Staff. For some claims, such as their Title VII race and retaliation claims, only *three* plaintiffs have sued Pro Staff. Absent separate trials, Pro Staff will be forced to defend against a case in which – at least for some claims – the overwhelmingly majority of plaintiffs have not even sued it.

3. Finally, in regards to Plaintiffs Darren Mayo (who has not even sued Pro Staff) and John Lucas, the evidence is uncontroverted that Pro Staff played no role in their terminations from FMC. Thus, it will be on the sidelines for this portion of the trial. Similarly, it will be on the sidelines for those portions of the trial that deal with the other three plaintiffs who have not brought *any* claims against Pro Staff – Lawrence Grice, Boris Bryant, and Lamar Newton.

                                          Respectfully submitted,

                                          By:  /s/ W. Jackson Wisdom
                                                W. Jackson Wisdom
                                                State Bar No. 21804025
                                                Federal I.D. No. 13756
MARTIN, DISIERE , JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101
ATTORNEY-IN-CHARGE FOR DEFENDANT, DOBBS TEMPORARY SERVICES, INC. D/B/A PRO STAFF PERSONNEL SERVICES

OF COUNSEL:
James M. Cleary, Jr.
State Bar No. 00783838
Federal I.D. No. 15499
Diana Pérez Gomez
State Bar No. 24041674
Federal I.D. No. 13945
MARTIN, DISIERE & JEFFERSON, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Tel:  (713) 632-1700
Fax:  (713) 222-0101

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of Defendant Pro Staff's Joinder in Motion for Separate Trials has been forwarded via e-filing in compliance with Rule 5 of the Federal Rules of Civil Procedure on July 14, 2010 to:

Ms. Angela Alioto
Mr. Steven L. Robinson
Mr. Joshua D. Boxer
LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALITO
700 Montgomery Street
San Francisco, California  94111
*Attorneys for Plaintiffs*

Mr. Kerry E. Notestine
Mr. Tim McInturf
Ms. Sarah Stoffregen
LITTLER MENDELSON
1301 McKinney Street, Suite 1900
Houston, TX  77010
*Attorneys for Defendant FMC Technologies, Inc.*

                                                      /s/ James M. Cleary, Jr.
                                                   James M. Cleary, Jr.