UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BORIS BRYANT, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-08-3744 |
| | § § | |
| FMC TECHNOLOGIES INC, *et al*, | § § | |
| Defendants. | § | |

## ORDER STRIKING DOCUMENT

The Court has received the Motion for Separate Trials (#63); however, it is deficient as checked. (L. R. refers to the Local Rules of this District).

        Document is not signed (L.R. 11.3)

        Document does not comply with L. R. 11.3.A

        Caption of the document is incomplete (L. R. 10.1)

        No Certificate of service or explanation why service is not required
            (L. R. 5.4)

**X**        Motion does not comply with L. R. 7.

        **X**    No statement of opposition or non opposition (L. R. 7.2)
        **X**    No statement of conference between counsel (L. R. 7.1D(1).
             No separate proposed order attached (L.R. 7.1.C)

**This document is STRICKEN from the record.**

SIGNED at Houston, Texas this 23rd day of July, 2010.

                                                          _____
                                                           Kenneth M. Hoyt
                                                           United States District Judge