UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BORIS BRYANT, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-08-3744 |
| | § § | |
| FMC TECHNOLOGIES INC, *et al*, | § § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

The motion for separate trials (#70) has been filed. A response to this motion is required on an expedited basis. The response is due no later than August 5, 2010.

SIGNED at Houston, Texas this 26th day of July, 2010.

_____
Kenneth M. Hoyt
United States District Judge