UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BORIS BRYANT, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. H-08-3744 |
| § | |
| FMC TECHNOLOGIES INC, *et al*, § | |
| § | |
| Defendants. § | |

### **ORDER DENYING DEFENDANT'S MOTION FOR SEPARATE TRIALS**

After considering Defendant FMC Technologies, Inc's Motion for Separate Trials, the Court is of the opinion that allowing separate jury trials of each plaintiff's claim should be denied.

It is so Ordered.

SIGNED at Houston, Texas this 9th day of August, 2010.

_____
Kenneth M. Hoyt
United States District Judge