IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BORIS BRYANT, DARREN MAYO, EDWARD PIERRE, LAWRENCE GRICE, KEVIN MCINTYRE, MAURICE GALIMORE, JAMES BROWN, CARLOS BEATTY, MARCUS PAREJO, LAMAR NEWTON, JOHN LUCAS, CARLTON SYKES, <br><br>Plaintiffs <br><br>vs. <br><br>FMC TECHNOLOGIES, INC., PROSTAFF PERSONNEL ACQUISITION CORP., <br><br>Defendants. | § § § § § § § § § § § § § § § § § | NO. 04:08-CV-03744 |

DEFENDANT FMC TECHNOLOGIES, INC.'S
MOTION FOR ATTORNEY CONDUCTED VOIR DIRE

The defendant, FMC Technologies, Inc. (FMC), submits this Motion for Attorney Conducted Voir Dire and requests that the Court permit counsel to conduct a portion of the examination of prospective jurors. In support of this Motion, the defendant shows as follows:

Federal Rule of Civil Procedure 47(a) provides:

Examination of Jurors. The Court may permit the parties or their attorneys to conduct the examination of prospective jurors or may itself conduct the examination.

Pursuant to this Rule, the defendant requests that the Court invoke its discretion and allow each party's counsel fifteen (15) minutes of non-repetitive examination of prospective jurors in addition to the Court's examination. The allegations and defenses in this lawsuit are highly fact-intensive, and if this lawsuit takes six (6) or more weeks to

1

try, as the plaintiffs' counsel anticipates, the timing could be a significant hardship on some jurors. For these reasons, the jury selection process would greatly benefit from a brief voir dire examination from counsel.

Accordingly, FMC Technologies, Inc. prays that the Court permit counsel to conduct a portion of the examination of prospective jurors.

Of Counsel:

Kelley Edwards
State Bar No. 24041775
Federal ID No. 560755
Sarah Stoffregen
State Bar No. 24066151
Federal ID No. 966164
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street
Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

Lynn Kappelman (appearing *Pro Hac Vice*)
MA State Bar No. 642017
MA Federal ID No. 642017
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
617.946.4888 (Telephone)
617.790.5360 (Telecopier)

Respectfully submitted,

*/s/ Kerry E Notestine* (by permission KRE)
Kerry E Notestine (Attorney-in-Charge)
State Bar No. 15116950
Federal ID No. 2423
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street
Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

ATTORNEYS FOR THE DEFENDANT
FMC TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

      I certify that I sent a copy of this document to the following on this 27th day of September, 2010 via the Court's electronic filing system:

Joshua D. Boxer
Steven L. Robinson
LAW OFFICES OF MAYOR JOSEPH L.
ALIOTO & ANGELA ALIOTO
jboxer@aliotolawoffices.com
srobinson@aliotolawoffices.com

James M. Cleary, Jr.
W. Jackson Wisdom
MARTIN, DISIERE JEFFERSON & WISDOM, L.L.P.
cleary@mdjwlaw.com
wisdom@mdjwlaw.com

                                                */s/ Kelley Edwards*
                                                     Kelley Edwards

Firmwide:97493747.1 042176.1117