IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BORIS BRYANT, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO: 4:08-cv-03744 |
| § | |
| FMC TECHNOLOGIES, ET AL. § | |
| § | |
| Defendants. § | |

## **DEFENDANT'S JOINDER IN MOTION FOR ATTORNEY CONDUCTED VOIR DIRE**

Defendant, Dobbs Temporary Services, Inc. d/b/a Pro Staff Personnel Services, improperly named as Pro Staff Personnel Acquisition Corp. ("Pro Staff"), joins in Defendant FMC Technologies, Inc.'s ("FMCTI") Motion for Attorney Conducted Voir Dire, and also requests that the Court grant each party fifteen (15) minutes to question the voir dire panel for the reasons expressed by FMCTI.

Respectfully submitted,

By: ___/s/ W. Jackson Wisdom_____
W. Jackson Wisdom
State Bar No. 21804025
Federal I.D. No. 13756
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
ATTORNEY-IN-CHARGE FOR DEFENDANT, DOBBS TEMPORARY SERVICES, INC. D/B/A PRO STAFF PERSONNEL SERVICES

OF COUNSEL:
James M. Cleary, Jr.
State Bar No. 00783838
Federal I.D. No. 15499
Diana Pérez Gomez

State Bar No. 24041674
Federal I.D. No. 13945
MARTIN, DISIERE & JEFFERSON, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Tel: (713) 632-1700
Fax: (713) 222-0101

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant Pro Staff's Joinder in Motion for Attorney Conducted Voir Dire has been forwarded via e-filing in compliance with Rule 5 of the Federal Rules of Civil Procedure on September 28, 2010 to:

Ms. Angela Alioto
Mr. Steven L. Robinson
Mr. Joshua D. Boxer
LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALITO
700 Montgomery Street
San Francisco, California 94111
*Attorneys for Plaintiffs*

Mr. Kerry E. Notestine
Ms. Kelley E. Edwards
Ms. Sarah Stoffregen
LITTLER MENDELSON
1301 McKinney Street, Suite 1900
Houston, TX 77010

Lynn Kappelman (appearing *Pro Hac Vice*)
MA State Bar No. 642017
MA Federal ID No. 642017
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
***Attorneys for Defendant FMC Technologies, Inc.***

           _____/s/ James M. Cleary, Jr._____
           James M. Cleary, Jr.