## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BORIS BRYANT, DARREN MAYO, EDWARD PIERRE, LAWRENCE GRICE, KEVIN MCINTYRE, MAURICE GALIMORE, JAMES BROWN, CARLOS BEATTY, MARCUS PAREJO, LAMAR NEWTON, JOHN LUCAS, CARLTON SYKES,** <br><br> **Plaintiffs,** <br><br><br> **v.** <br><br><br> **FMC TECHNOLOGIES, INC., PROSTAFF PERSONNEL ACQUISITION CORP.,** <br><br> **Defendants.** | **Case No.** 04:08-CV-03744 |

## PLAINTIFF'S PROPOSED SPECIAL VERDICT

The Plaintiffs submits the following proposed Special Verdict as required by the Court's procedures.

Respectfully submitted,

*/ S/ Angela Alioto*
_____                    Date: October 4, 2010
Angela Alioto
Attorney in Charge for Plaintiffs

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF BORIS BRYANT**

**Racial Harassment by Defendant FMC**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____ No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____ No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____ No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____ No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____ No _____

If you answered "No" both parts of question No.4, continue to question No. 5

1

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial.

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Race Discrimination: Title VII by Defendant FMC**

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

3

If your answer is yes, in what amount?

$_____

Question No. 6

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

**Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC**

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____No _____

Question No. 3

    Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Yes _____ No _____

    If your answer is Yes, in what amount?

    $_____

Question No. 4

    Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

    Yes _____ No _____

    If your answer is Yes, in what amount?

    $_____

Question No. 5

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

    Yes _____ No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

        Yes _____ No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

        $_____

SO SAY WE ALL. Please continue to the next section

**Race Discrimination: Texas Labor Code Section 21.051 by Defendant FMC**

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

6

If your answer is yes, in what amount?

$_____

Question No. 6

    A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.

Please stop here and continue on to the next Plaintiff.

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF CARLTON SYKES**

**Racial Harassment by Defendant FMC**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____ No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____ No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____ No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____ No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____ No _____

If you answered "No" both parts of question No.4, continue to question No. 5

1

Question No. 5

> Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?
>
> Yes _____ No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 6

> Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
> Yes _____ No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 7

> A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?
>
> Yes _____ No _____
>
> B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?
>
> Yes _____ No _____
>
> C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?
>
> $_____

SO SAY WE ALL.  Please continue to the next section.

**Race Discrimination: Title VII by Defendant FMC**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

3

If your answer is yes, in what amount?

$_____

Question No. 6

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

**Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC**

Question No. 1

    Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

    Yes _____ No _____

Question No. 2

    Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

    Yes _____ No _____

Question No. 3

    Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Yes _____ No _____

    If your answer is Yes, in what amount?

    $_____

Question No. 4

    Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

    Yes _____ No _____

    If your answer is Yes, in what amount?

    $_____

Question No. 5

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

    Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

**Race Discrimination: Texas Labor Code Section 21.051 by Defendant FMC**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

6

Question No. 4

> Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?
>
> Yes _____ No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 5

> Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
> Yes _____ No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 6

> A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?
>
> Yes _____ No _____
>
> B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?
>
> Yes _____ No _____
>
> C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?
>
> $_____

SO SAY WE ALL. Please continue on to the next section.

**Racial Harassment by Defendant Prostaff**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____No _____

If you answered "No" both parts of question No.4, continue to question No. 5

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Race Discrimination: Title VII by Defendant Prostaff**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

    D.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    E.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    F.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

## Racial Discrimination: 42 U.S.C. Section 1981 by Defendant Prostaff

Do you find from a preponderance of the evidence:

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____No _____

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

If your answer is Yes, in what amount?

$_____

Question No. 5

D.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

E.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

F.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____ .

SO SAY WE ALL. Please continue to the next section

**Race Discrimination: Texas Labor Code Section 21.051 by Defendant Prostaff**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

13

If your answer is yes, in what amount?

$_____

Question No. 6

    D.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

    E.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

    F.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue on to the next Plaintiff.

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF MARCUS PAREJO**

**Racial Harassment by Defendant FMC**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____No _____

If you answered "No" both parts of question No.4, continue to question No. 5

1

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

2

**Race Discrimination: Title VII by Defendant FMC**

Question No. 1

> Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?
>
> Yes _____ No _____

Question No. 2

> Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?
>
> Yes _____ No _____
>
> [If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

> Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?
>
> Yes _____ No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 4

> Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?
>
> Yes _____ No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 5

> Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
> Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

**National Origin Discrimination: Title VII by Defendant FMC**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's national origin a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

4

Question No. 3

>Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?
>
>Yes _____ No _____
>
>If your answer is yes, in what amount?
>
>$_____

Question No. 4

>Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?
>
>Yes _____ No _____
>
>If your answer is yes, in what amount?
>
>$_____

Question No. 5

>Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
>Yes _____ No _____
>
>If your answer is yes, in what amount?
>
>$_____

Question No. 6

>A.   Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?
>
>Yes _____ No _____
>
>B.   If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?
>
>Yes _____ No _____

C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

## Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____ No _____

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____ .

Question No. 5

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

        Yes _____No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

        $_____

SO SAY WE ALL. Please continue to the next section

## Race Discrimination: Texas Labor Code Section 21.051 by Defendant FMC

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue on to the next section.

## Racial Harassment by Defendant Prostaff

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____ No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____ No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____ No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____ No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____ No _____

If you answered "No" both parts of question No.4, continue to question No. 5

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Race Discrimination: Title VII by Defendant Prostaff**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

>Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
>Yes _____ No _____
>
>If your answer is yes, in what amount?
>
>$_____

Question No. 6

>D. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?
>
>Yes _____ No _____
>
>E. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?
>
>Yes _____ No _____
>
>F. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?
>
>$_____

SO SAY WE ALL. Please continue to the next section

## National Origin Discrimination: Title VII by Defendant Prostaff

Question No. 1

>Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?
>
>Yes _____ No _____

Question No. 2

> Was the Plaintiff's national origin a substantial or motivating factor that prompted Defendant FMC to take that action?
>
> Yes _____No _____
>
> [If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

> Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?
>
> Yes _____No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 4

> Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?
>
> Yes _____No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 5

> Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
> Yes _____No _____
>
> If your answer is yes, in what amount?
>
> $_____

Question No. 6

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____


SO SAY WE ALL. Please continue to the next section


**Racial Discrimination: 42 U.S.C. Section 1981 by Defendant Prostaff**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____No _____

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

14

If your answer is Yes, in what amount?

$_____

**Question No. 4**

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

**Question No. 5**

D.  Did a higher management official of the Defendants act with malice or reckless

indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

E.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

F.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

15

**Race Discrimination: Texas Labor Code Section 21.051 by Defendant Prostaff**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

16

If your answer is yes, in what amount?

$_____

Question No. 6

D.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

E.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

F.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue on to the next Plaintiff.

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF KEVIN MCINTYRE**

**Racial Harassment by Defendant FMC**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____No _____

If you answered "No" both parts of question No.4, continue to question No. 5

1

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____ No _____

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

Question No. 5

A.  Did a higher management official of the Defendants act with malice or reckless

indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

**Racial Harassment by Defendant Prostaff**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____ No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____ No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____ No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

4

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____No _____

If you answered "No" both parts of question No.4, continue to question No. 5

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

5

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

## Racial Discrimination: 42 U.S.C. Section 1981 by Defendant Prostaff

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____ No _____

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

> Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?
>
> Yes _____ No _____
>
> If your answer is Yes, in what amount?
>
> $_____

Question No. 5

> D.   Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?
>
> Yes _____ No _____

> E.   If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?
>
> Yes _____ No _____

> F.   If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?
>
> $_____

SO SAY WE ALL. Please continue to the next Plaintiff

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF LAWRENCE GRICE**

**Racial Harassment by Defendant FMC**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____ No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____ No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____ No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____ No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____ No _____

If you answered "No" both parts of question No.4, continue to question No. 5

1

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Race Discrimination: Title VII by Defendant FMC**

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

3

If your answer is yes, in what amount?

$_____

Question No. 6

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

## Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC

Do you find from a preponderance of the evidence:

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____No _____

4

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is Yes, in what amount?

$_____

Question No. 5

A.  Did a higher management official of the Defendants act with malice or reckless

indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

**Race Discrimination: Texas Labor Code Section 21.051 by Defendant FMC**

Question No. 1

    Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

    Yes _____ No _____

Question No. 2

    Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

    Yes _____ No _____

    [If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

    Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Yes _____ No _____

    If your answer is yes, in what amount?

    $_____

Question No. 4

    Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

    Yes _____ No _____

    If your answer is yes, in what amount?

    $_____

Question No. 5

    Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

    Yes _____ No _____

6

If your answer is yes, in what amount?

$_____

Question No. 6

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.

Please stop here and continue on to the next Plaintiff.

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF LAMAR NEWTON**

**Racial Harassment by Defendant FMC**

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____No _____

If you answered "No" both parts of question No.4, continue to question No. 5

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Race Discrimination: Title VII by Defendant FMC**

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____ No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

3

If your answer is yes, in what amount?

$_____

Question No. 6

    A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____ No _____

    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

## Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____ No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____ No _____

4

Question No. 3

    Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Yes _____ No _____

    If your answer is Yes, in what amount?

    $_____


Question No. 4

    Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

    Yes _____ No _____

    If your answer is Yes, in what amount?

    $_____

Question No. 5

    A.  Did a higher management official of the Defendants act with malice or reckless

        indifference to the Plaintiff's federally protected rights?

    Yes _____ No _____


    B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

        Yes _____ No _____


    C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

        $_____


SO SAY WE ALL. Please continue to the next section

**Race Discrimination: Texas Labor Code Section 21.051 by Defendant FMC**

Question No. 1

Was Plaintiff denied a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted Defendant FMC to take that action?

Yes _____No _____

[If you answered No to either Question 1 or 2 you need not answer the remaining question in this section]

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits in the future?

Yes _____No _____

If your answer is yes, in what amount?

$_____

Question No. 5

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

6

If your answer is yes, in what amount?

$_____

Question No. 6

A.  Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

B.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.

Please stop here and continue on to the next Plaintiff.

**Bryant et al. v. FMC Technologies et al**

**SPECIAL VERDICT FORM: PLAINTIFF CARLOS BEATTY**

**Racial Harassment by Defendant FMC**

Question No. 1

    Was Plaintiff subjected to a hostile or abusive work environment because of his race?

    Yes _____ No _____

    If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

    Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

    Yes _____ No _____

    If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

    Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

    Yes _____ No _____

    If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

Question No. 4

    A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

    Yes _____ No _____

    B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

    Yes _____ No _____

    If you answered "No" both parts of question No.4, continue to question No. 5

**Question No. 5**

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is yes, in what amount?

$_____

**Question No. 6**

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

If your answer is yes, in what amount?

$_____

**Question No. 7**

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.

**Racial Discrimination: 42 U.S.C. Section 1981 by Defendant FMC**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____No _____

Question No. 3

Should the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

If your answer is Yes, in what amount?

$_____

Question No. 5

A.  Did a higher management official of the Defendants act with malice or reckless

indifference to the Plaintiff's federally protected rights?

Yes _____No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL. Please continue to the next section

## Racial Harassment by Defendant Prostaff

Question No. 1

Was Plaintiff subjected to a hostile or abusive work environment because of his race?

Yes _____No _____

If you answered "Yes" to Question No. 1, then answer the following Question:

Question No. 2

Was such hostile or abusive work environment created or permitted by a supervisor with immediate or successively higher authority over plaintiff?

Yes _____No _____

If you answered "Yes" to Questions No. 1 and 2, then answer the following Question:

Question No. 3

Did Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Yes _____No _____

If you answered "Yes" to Questions No. 1, 2, and 3 then answer the following Question:

4

Question No. 4

A. Did Defendant exercise reasonable care to prevent and promptly correct any racially harassing behavior?

Yes _____ No _____

B. Did Plaintiff unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant, or to avoid harm otherwise?

Yes _____ No _____

If you answered "No" both parts of question No.4, continue to question No. 5

Question No. 5

Should Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 6

Should Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____ No _____

If your answer is yes, in what amount?

$_____

Question No. 7

A. Did a higher management official of the Defendants act with malice or reckless indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

B. If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with the law by adopting and complying with policies designed to prohibit such harassment in the workplace?

Yes _____No _____

C. If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.  Please continue to the next section.


**Racial Discrimination: 42 U.S.C. Section 1981 by Defendant Prostaff**

Question No. 1

Was Plaintiff denied employment, a promotional opportunity or training, or was Plaintiff disciplined by the Defendant?

Yes _____No _____

Question No. 2

Was the Plaintiff's race a substantial or motivating factor that prompted the Defendant to take that action?

Yes _____No _____

Question No. 3

Should the Plaintiff be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

Yes _____No _____

If your answer is Yes, in what amount?

$_____

Question No. 4

Should the Plaintiff be awarded damages to compensate for emotional pain and mental anguish?

Yes _____No _____

6

If your answer is Yes, in what amount?

$_____

Question No. 5

    D.  Did a higher management official of the Defendants act with malice or reckless

        indifference to the Plaintiff's federally protected rights?

Yes _____ No _____

    E.  If your answer is Yes, did the Defendant fail to act in a good faith attempt to comply with
        the law by adopting and complying with policies designed to prohibit such harassment in the
        workplace?

        Yes _____ No _____

    F.  If your answer is Yes, what amount of punitive damages, if any, should be assessed against
        the Defendant?

        $_____

SO SAY WE ALL. Please continue to the next Plaintiff

## CERTIFICATE OF SERVICE

I certify that I sent a copy of this document to the following on this 8th day of October, 2010 via the Court's electronic filing system:

Kelley Edwards
Sarah Stoffregen
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street Suite 1900 Houston, TX 77010

Lynn Kappelman
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210

James M. Cleary, Jr.
W. Jackson Wisdom
MARTIN, DISIERE JEFFERSON &WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002


    */s/ Steven Robinson*
Steven L. Robinson