IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BORIS BRYANT, DARREN MAYO, EDWARD PIERRE, LAWRENCE GRICE, KEVIN MCINTYRE, MAURICE GALIMORE, JAMES BROWN, CARLOS BEATTY, MARCUS PAREJO, LAMAR NEWTON, JOHN LUCAS, CARLTON SYKES,<br><br>Plaintiffs<br><br>vs.<br><br>FMC TECHNOLOGIES, INC., PROSTAFF PERSONNEL ACQUISITION CORP.,<br><br>Defendants. | NO. 04:08-CV-03744 |

### STIPULATION FOR DISMISSAL OF FIVE PLAINTIFFS WITH PREJUDICE

The parties stipulate to dismissal with prejudice of five plaintiffs from this lawsuit as provided in Rule 41 of the Federal Rules of Civil Procedure as follows:

1. The plaintiffs Darren Mayo, Edward Pierre, Maurice Galimore, James Brown and John Lucas, and the defendants FMC Technologies, Inc. and Dobbs Temporary Services, Inc. d/b/a Pro Staff Personnel Services have resolved the dispute between them.

2. As part of that resolution, the above-named plaintiffs agree to dismiss with prejudice all their claims against the defendants.

3. The settlement further resolves costs and attorneys' fees with respect to the dismissal of these plaintiffs' claims.

THEREFORE, the parties request that the Court sign an Order dismissing with prejudice all claims including attorneys fees and costs made by plaintiffs Darren Mayo, Edward Pierre, Maurice Galimore, James Brown, and John Lucas's claims against the defendants.

|  | Respectfully submitted, |
|---|---|
| LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALIOTO | LITTLER MENDELSON, PC<br>A PROFESSIONAL CORPORATION |
| By: /s/ Angela Alioto<br>    Angela Alioto<br>    California Bar No. 130328 | By:/s/ Kerry E Notestine<br>    Kerry E Notestine<br>    Texas Bar No. 15116950 |
| 900 Montgomery Street<br>San Francisco, California 94111<br>Telephone: 415.434.8700<br>Telecopier: 415.438.4638 | 1301 McKinney, Suite 3300<br>Houston, Texas 77010<br>Telephone: 713.652.4748<br>Telecopier: 713.951.9212 |
| Attorney-in-Charge for the Plaintiffs,<br>Darren Mayo, Edward Pierre,<br>Maurice Galimore, James Brown,<br>John Lucas | Attorney-in-Charge for the Defendant,<br>FMC Technologies, Inc. |

MARTIN, DISIERE, JEFFERSON & WIDSOM, LLP

By: /s/ W. Jackson Wisdom
     W. Jackson Wisdom
     Texas Bar No. 21804025

808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  713.632.1700
Telecopier:  713.222.0101

Attorney-in-Charge for Defendant,
Dobbs Temporary Services, Inc. d/b/a
Pro Staff Personnel Services

<u>CERTIFICATE OF SERVICE</u>

I certify that I sent a copy of this document to the following on this 14th day of October, 2010 by the Southern District of Texas's electronic filing system:

Joshua D. Boxer
Steven L. Robinson
LAW OFFICES OF MAYOR JOSEPH L.
ALIOTO & ANGELA ALIOTO
jboxer@aliotolawoffices.com
srobinson@aliotolawoffices.com

James M. Cleary, Jr.
W. Jackson Wisdom
MARTIN, DISIERE JEFFERSON & WISDOM, L.L.P.
cleary@mdjwlaw.com
wisdom@mdjwlaw.com

  /s/  Sarah Stoffregen
Sarah Stoffregen

Firmwide:97806372.1 042176.1117

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BORIS BRYANT, DARREN MAYO, EDWARD PIERRE, LAWRENCE GRICE, KEVIN MCINTYRE, MAURICE GALIMORE, JAMES BROWN, CARLOS BEATTY, MARCUS PAREJO, LAMAR NEWTON, JOHN LUCAS, CARLTON SYKES, § § § § § § § § § § Plaintiffs § § vs. § § FMC TECHNOLOGIES, INC., PROSTAFF § PERSONNEL ACQUISITION CORP., § § Defendants. | NO. 04:08-CV-03744 |

AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation for Dismissal with Prejudice filed by the parties with respect to the claims of Darren Mayo, Edward Pierre, Maurice Galimore, James Brown, and John Lucas, including these plaintiffs' request to dismiss their claims with prejudice, this court is of the opinion that the motion should be GRANTED.

It is, therefore, ORDERED that all claims made by plaintiffs Darren Mayo, Edward Pierre, Maurice Galimore, James Brown, and John Lucas are dismissed with prejudice.

SIGNED this _____ day of _____, 2010.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

Approved:

| | |
|---|---|
| LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALIOTO | LITTLER MENDELSON, PC<br>A PROFESSIONAL CORPORATION |
| By:_____<br>    Angela Alioto<br>    California Bar No. 130328 | By:_____<br>    Kerry E Notestine<br>    Texas Bar No. 15116950 |
| 900 Montgomery Street<br>San Francisco, California 94111<br>Telephone: 415.434.8700<br>Telecopier: 415.438.4638 | 1301 McKinney Street, Suite 3300<br>Houston, Texas 77010<br>Telephone: 713.652.4748<br>Telecopier: 713.951.9212 |
| Attorney-in-Charge for the Plaintiffs, Darren Mayo, Edward Pierre, Maurice Galimore, James Brown, John Lucas | Attorney-in-Charge for the Defendant, FMC Technologies, Inc. |

MARTIN, DISIERE, JEFFERSON & WIDSOM, LLP

By: _____
    W. Jackson Wisdom
    Texas Bar No. 21804025

808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  713.632.1700
Telecopier:  713.222.0101

Attorney-in-Charge for Defendant,
Dobbs Temporary Services, Inc. d/b/a
Pro Staff Personnel Services