IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BORIS BRYANT, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 4:08-cv-03744 |
| | § | |
| FMC TECHNOLOGIES, ET AL. | § | |
| | § | |
| Defendants. | § | JURY DEMANDED |

## ORDER GRANTING PRO STAFF'S MOTION
## FOR JUDGMENT AS A MATTER OF LAW

Defendant Atterro, Inc. f/k/a Dobbs Temporary Services, Inc. d/b/a Pro Staff Personnel Services' ("Pro Staff") Motion for Judgment as a Matter of Law is GRANTED. Plaintiffs' claims against Pro Staff are DISMISSED AS A MATTER OF LAW. This is a FINAL JUDGMENT.

Effective November 11, 2010

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE